UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JEFFREY KUCIK,

    Plaintiff,

    v.

CMC MEDICAL STAFF,

    Defendant.

No. 1:13-CV-4928 NJV (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff initially filed a letter and then later a complaint. Plaintiff describes improper medical care at California Men's Colony which lies within the venue of the Central District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: December 5, 2013.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.13\Kucik4928.trn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEFFREY KUCIK,<br>   Plaintiff,<br> v.<br>CMC MEDICAL STAFF,<br>   Defendant.<br>_____/ | No. 1:13-CV-4928 NJV (pr)<br><br>CERTIFICATE OF SERVICE |

  I, the undersigned, hereby certify that on December 5, 2013, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Jeffrey Kucik
G-26001
CMC West
P O Box 8103
San Luis Obispo, CA 93403-8103

              /s/ Linn Van Meter
              _____
                Linn Van Meter
              Administrative Law Clerk to
              the Honorable Nandor J. Vadas

2